**DISMISS and Opinion Filed June 12, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-13-00274-CV

**JOEL CARTER, Appellant**
**V.**
**INNOVATION FIRST, INC. AND**
**INNOVATION FIRST INTERNATIONAL, INC., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05475-D**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellant's May 31, 2013 unopposed motion to dismiss the appeal.

Appellant has informed the Court that he no longer desires to pursue the appeal. Accordingly,

we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We deny as

moot appellant's May 21, 2013 motion for an extension of time to file a brief.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

130274F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOEL CARTER, Appellant

No. 05-13-00274-CV      V.

INNOVATION FIRST, INC. AND
INNOVATION FIRST INTERNATIONAL,
INC., Appellees

On Appeal from the County Court at Law
No. 4, Dallas County, Texas.
Trial Court Cause No. CC-12-05475-D.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered June 12, 2013

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE